UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KEVIN L. MCCULLOM,<br><br>　　　　　Plaintiff. | Case No. 21-03798 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br><br>(Docket No. 4) |

On May 20, 2021, Plaintiff, proceeding *pro se*, filed a letter which was construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983, against Santa Rita County Jail officials. Dkt. No. 1. On the same date, Plaintiff was advised through two separate Clerk's notices that he must (1) file a complaint on the court form and (2) either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action within twenty-eight days or face dismissal. Dkt. Nos. 2 and 3. On June 14, 2021, Plaintiff filed a letter requesting an extension of time to respond. Dkt. No. 4.

Good cause appearing, Plaintiff's request is GRANTED. Plaintiff shall file a complaint and IFP application **no later than twenty-eight (28) days** from the filing date of this order. Failure to file a complaint and an IFP application in the time provided shall

Order Granting EOT to file complaint & IFP
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\C0NDMUXO\03798.McCullom_eot-ifpcomp.docx

result in this action being dismissed without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: **June 22, 2021**

BETH LABSON FREEMAN
United States District Judge