UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KEVIN L. MCCULLOM,<br><br>      Plaintiff. | Case No. 21-03798 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT AND APPLICATION TO PROCEED *IN FORMA PAUPERIS*; DENYING MOTION FOR THREE JUDGE-PANEL**<br><br>(Docket No. 8) |

On May 20, 2021, Plaintiff, proceeding *pro se*, filed a letter which was construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983, against Santa Rita County Jail officials. Dkt. No. 1. On the same date, Plaintiff was advised through two separate Clerk's notices that he must (1) file a complaint on the court form, and (2) either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action within twenty-eight days or face dismissal. Dkt. Nos. 2 and 3. On June 14, 2021, Plaintiff filed a letter requesting an extension of time to respond, Dkt. No. 4, which was granted on June 22, 2021. Dkt. No. 6. Plaintiff was granted an extension of twenty-eight days, such that his complaint and IFP application were due by July 15, 2021. *Id.* On the same date, the Court denied Plaintiff's motion for a preliminary injunction and temporary restraining order in a separate order. Dkt. No. 7.

On July 22, 2021, the court orders issued on June 22, 2021, were both returned as undeliverable with the envelopes stamped, "Inmate Refused." Dkt. Nos. 9, 10. In the interest of justice, the Court will grant Plaintiff one final extension of time to file a proper complaint and IFP application. Plaintiff shall file a complaint and IFP application **no later than twenty-eight (28) days** from the filing date of this order.

Plaintiff has also filed a "request to have a three-judge district court review pursuant to 18 U.S.C. 2284(b)(3)." Dkt. No. 8. A three-judge court must be convened under 28 U.S.C. § 2284(b)(3) when required by Act of Congress, or an action is filed challenging the constitutionality of the apportionment of congressional districts or the apportionment of any statewide legislative body. 28 U.S.C. § 2284(a). It simply does not apply to this § 1983 action. Accordingly, the request is DENIED.

**Failure to file a complaint and an IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff. If the court orders are again returned due to Plaintiff's refusal of court mail, the Court will have no choice but to dismiss the matter without prejudice.**

This order terminates Docket No. 8.

**IT IS SO ORDERED.**

Dated: \_\_\_\_**August 6, 2021**\_\_\_

BETH LABSON FREEMAN
United States District Judge