UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE KEVIN L. MCCULLOM,

Plaintiff.

Case No. 21-03798 BLF (PR)

**ORDER OF DISMISSAL**

On May 20, 2021, Plaintiff, proceeding *pro se*, filed a letter which was construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983 against Santa Rita County Jail officials. Dkt. No. 1. On the same date, Plaintiff was advised through two separate Clerk's notices that he must (1) file a complaint on the court form, and (2) either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action within twenty-eight days or face dismissal. Dkt. Nos. 2, 3. Plaintiff was granted two extensions of time, such that the last deadline to file a complaint and IFP application was September 3, 2021. Dkt. Nos. 6, 12.

The deadline has long since passed, and Plaintiff has failed to file a proper complaint and IFP application in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

1  **IT IS SO ORDERED.**

2  Dated: ___**October 7, 2021**___

3  BETH LABSON FREEMAN
United States District Judge

25  Order of Dismissal
P:\PRO-SE\BLF\CR.21\03798McCullom_dis-compl.