# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KEVIN L. MCCULLOM,<br>Plaintiff. | Case No. 21-03798 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for failure to pay the filing fee. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __October 7, 2021___

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\03798McCullom_judgment